# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 17-cv-04857 |
| v. ) ) | Judge Jorge L. Alonso<br>Magistrate Judge Jeffrey Cole |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

McDonald's USA, LLC and McDonald's Corporation ("McDonald's"), by its undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for entry of an order dismissing Leinani Deslandes' Complaint in its entirety.

The bases for this motion are more fully set forth in the accompanying Memorandum in Support.

**WHEREFORE,** McDonald's respectfully moves for an order dismissing Leinani Deslandes' Complaint in its entirety, and for such further relief that the Court deems necessary and just.

Dated: August 28, 2017

Respectfully submitted,

**McDONALD'S USA, LLC and McDONALD'S CORPORATION**

By: /s/ Rachel S. Brass
     Rachel S. Brass

GIBSON DUNN & CRUTCHER LLP

D. Jarrett Arp (admitted pro hac vice)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: JArp@gibsondunn.com

Rachel S. Brass (admitted pro hac vice)
555 Mission St., Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 374-8458
Email: RBrass@gibsondunn.com

Matthew C. Parrott (admitted pro hac vice)
3161 Michelson Dr.
Irvine, CA 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: MParrott@gibsondunn.com

A&G LAW LLC

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
542 S. Dearborn St.; 10th Floor
Chicago, IL 60605
Tel.: (312) 341-3900
Fax: (312) 341-0700

## **CERTIFICATE OF SERVICE**

I, Rachel S. Brass, an attorney, hereby certify that the **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was electronically filed on August 28, 2017 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

      /s/ Rachel S. Brass
      Rachel S. Brass