UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Leinani Deslandes
                           Plaintiff,

v.                                                           Case No.: 1:17–cv–04857
                                                                                 Honorable Jorge L. Alonso

McDonald's USA, LLC, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 30, 2017:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 9/26/17 at 9:30 a.m. Motion hearing held. Defendants' motion to dismiss Plaintiff's complaint [26] is taken under advisement. Plaintiff's response shall be filed by 10/2/17 and Plaintiff is given leave to file five additional pages. Defendants' reply in support shall be filed by 10/23/17. The court will rule electronically. Motion hearing date of 8/31/17 is stricken. Over Plaintiff';s objection, discovery is stayed pending ruling on the motion to dismiss. However, parties' Rule 26(a)(1) disclosures shall be served by 9/27/17. Further status hearing set for 1/24/18 at 9:30 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.