# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated, )<br>)<br>) | |
| Plaintiff, )<br>) | Case No. 17-cv-04857 |
| v. )<br>) | Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, )<br>)<br>)<br>) | |
| Defendants. )<br>**************************************** )| |
| STEPHANIE TURNER, on behalf of herself and all others similarly situated, )<br>)<br>) | |
| Plaintiff, )<br>) | Case No. 19-cv-05524 |
| v. )<br>) | Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman |
| McDONALD'S USA, LLC, a Delaware limited liability company, and McDONALD'S CORPORATION, a Delaware corporation, )<br>)<br>)<br>) | |
| Defendants. ) | |

### DEFENDANTS McDONALD'S USA, LLC AND McDONALD'S CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12(c), 56, and L.R. 56.1(a), Defendants McDonald's USA, LLC and McDonald's Corporation (together, "Defendants"), by their undersigned counsel, submit this Motion for Judgment on the Pleadings or in the alternative Summary Judgment. In support of this motion, Defendants have filed contemporaneously a Memorandum of Points and Authorities, a Statement of Undisputed Material Facts, and supporting exhibits thereto.

WHEREFORE, Defendants respectfully request that the Court enter judgment in favor of

Defendants.

Dated: October 26, 2021

Respectfully submitted,

**McDONALD'S USA, LLC and
McDONALD'S CORPORATION**

By: */s/ Rachel S. Brass*
     Rachel S. Brass

GIBSON DUNN & CRUTCHER LLP

Rachel S. Brass (admitted pro hac vice)
Caeli A. Higney (admitted pro hac vice)
Julian W. Kleinbrodt (admitted pro hac vice)
555 Mission St., Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 374-8458
Email: RBrass@gibsondunn.com
       CHigney@gibsondunn.com

Matthew C. Parrott (admitted pro hac vice)
3161 Michelson Dr.
Irvine, CA 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: MParrott@gibsondunn.com

A&G LAW LLC

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
542 S. Dearborn St.; 10th Floor Chicago, IL 60605
Tel.: (312) 341-3900
Fax: (312) 341-0700

**CERTIFICATE OF SERVICE**

    I, Rachel S. Brass, an attorney, hereby certify that the foregoing document was electronically filed on October 26, 2021 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

                                              */s/ Rachel S. Brass*_____
                                              Rachel S. Brass