**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>       Defendants. | Civil Case No. 17-cv-04857<br><br>Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman |

| | |
|---|---|
| STEPHANIE TURNER, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>       Defendants. | Civil No. 19-cv-05524 |

## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT ON MCDONALD'S ASSERTED JUSTIFICATIONS

Pursuant to Fed. R. Civ. P. 56 and L.R. 56.1(a), Plaintiffs Leinani Deslandes and Stephanie Turner, by their undersigned counsel, submit this Cross-Motion for Summary Judgment on McDonald's Asserted Justifications. In support of this motion, Plaintiffs have filed contemporaneously a Combined Memorandum of Law in Opposition to McDonald's Motion for Summary Judgment and in Support of Cross-Motion for Summary Judgment on McDonald's Asserted Justifications, a Statement of Material Facts Pursuant to Local Civil Rule 56.1 and Exhibits Thereto, and a Response to McDonald's Statement of Undisputed Material Facts and Exhibits Thereto.

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment in favor of Plaintiffs on McDonald's asserted justifications.

Dated: November 16, 2021     Respectfully submitted,

          */s/ Dean M. Harvey*
          Dean M. Harvey*
          Anne B. Shaver*
          Lin Y. Chan*
          Yaman Salahi*
          **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
          275 Battery Street, 29th Floor
          San Francisco, California 94111-3339
          Tel: (415) 956-1000
          dharvey@lchb.com
          ashaver@lchb.com
          lchan@lchb.com
          ysalahi@lchb.com

          Jessica A. Moldovan*
          **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
          250 Hudson Street, 8th Floor
          New York, NY 10013
          Tel: (212) 355-9500
          jmoldovan@lchb.com

          Derek Y. Brandt (#6228895)
          Leigh M. Perica (#6316856)
          Connor P. Lemire*
          **MCCUNE WRIGHT AREVALO, LLP**
          231 North Main Street, Suite 20
          Edwardsville, Illinois 62025
          Tel: (618) 307-6116
          Fax: (618) 307-6161
          dyb@mccunewright.com
          lmp@mccunewright.com
          cpl@mccunewright.com

          Richard D. McCune*
          Michele M. Vercoski*
          **MCCUNE WRIGHT AREVALO, LLP**
          3281 East Guasti Road, Suite 100

Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com

*Counsel for Individual and Representative Plaintiffs
Leinani Deslandes and Stephanie Turner*

\* Admitted *pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I, Dean M. Harvey, an attorney, hereby certify that the foregoing document was electronically filed on November 16, 2021 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

*/s/ Dean M. Harvey*

Dean M. Harvey

2328279.3