ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Leinani Deslandes

Plaintiff(s),

v.

McDonald's USA, LLC et al,

Defendant(s).

Case No. 1:17-cv-4857
Judge Jorge L. Alonso

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) McDonald's USA, LLC, McDonald's Corporation, Does 1-10
and against plaintiff(s) Leinani Deslandes

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Jorge L. Alonso on the pleadings.

Date: 8/30/2022

Thomas G. Bruton, Clerk of Court

Lesley Fairley, Deputy Clerk