**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated,<br><br>        Plaintiff<br><br>  v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>        Defendants. | Civil Case No. 17-cv-04857<br><br>Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman |
| STEPHANIE TURNER, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>        Defendants. | Civil Case No. 19-cv-05524 |

**JOINT STATUS REPORT**

Pursuant to the Court's November 7, 2024 Minute Order, Dkt. 515 ("Order"), Plaintiffs Leinani Deslandes and Stephanie Turner ("Plaintiffs") and Defendants McDonald's USA, LLC and McDonald's Corporation ("McDonald's") respectfully submit this Joint Status Report in advance of the December 19, 2024 status conference.

### I.     Status of Saba Third-Party Discovery

Since the last status report, Cornerstone OnDemand, Inc., the company that owns Saba, made a production of 7.85 GB of data, which Plaintiffs then reproduced to McDonald's. Plaintiffs and their experts have been reviewing and analyzing the data. Plaintiffs are developing a list of questions about the data, which they intend to send Cornerstone OnDemand, Inc. in short order.

### II.    Status of Franchisee Declarant Discovery

The franchisees made document productions on November 15, November 22, November 27, and December 5. In total, the franchisees have produced 4,028 documents, totaling 14,532 pages, and anticipate producing more documents. Plaintiffs are reviewing the productions.

Counsel for Plaintiffs and the franchisees met and conferred on November 26, 2024 about search terms and certain of the franchisees' objections and responses to Plaintiffs' subpoenas. Plaintiffs sent the franchisees follow-up correspondence on December 4, 2024 and await their response. Until Plaintiffs receive the franchisees' response, they do not know whether motion practice will be necessary.

As the Court is aware, the franchisees moved unopposed for an extension of time to complete their production of documents to December 20, 2024 with a corresponding two-week extension on Plaintiffs' motion to compel, if any, Dkt. 516, and the Court granted their motion, Dkt. 517.

### III.   Depositions
####    A.     McDonald's Witnesses

Plaintiffs will take the deposition of Nicole Tracy, McDonald's primary document custodian for its July 3, 2024 production, on January 22, 2025 and the deposition of John

Richardson, in-house counsel for McDonald's who verified McDonald's Supplemental Interrogatory Responses, on January 24, 2025. Plaintiffs also noticed a 30(b)(6) deposition on various topics that the parties then negotiated and reached agreement on.

Regarding the 30(b)(6) deposition, McDonald's intends to designate Mr. Richardson as its corporate representative for most or all of the 30(b)(6) topics. It may designate Ms. Tracy for a very limited number of topics. Pending McDonald's confirmation of which witness will be designated on which topics, which McDonald's expects to confirm by the end of this week, the parties have agreed that Plaintiffs will depose Ms. Tracy in her capacity as a percipient fact witness and as a 30(b)(6) deponent, if applicable, on January 22, 2025; and Plaintiffs will depose Mr. Richardson in his capacity as a corporate representative designated for the 30(b)(6) deposition and as the verifier of McDonald's Supplemental Interrogatory Responses on January 24, 2025. McDonald's does not object to providing Plaintiffs with a reasonable amount of additional time beyond seven hours for each of these two witnesses if, contrary to the parties' expectation, seven hours should prove insufficient.

### B. Franchisees

Plaintiffs intend to depose the franchisees in early February 2025, assuming document productions are substantially complete by December 20, 2024 and no substantial motion practice is necessary.

## IV. McDonald's Document Production

On December 6, 2024, McDonald's completed its production of the business review reports upon which the Parties agreed, i.e., the business review reports dated 2013 through present from a random sample of fifty operators (five operators from each of the ten field office regions).

Plaintiffs anticipate sending McDonald's an email this week regarding specific documents for which copies from certain years appear to be missing.

## V. Discovery Schedule

The parties' jointly-proposed schedule is below:

| **Deadline** | **Previous Schedule** | **Parties' Proposal** |
|---|---|---|
| Deadline to complete fact discovery | October 31, 2024 | February 21, 2025 |
| Deadline to serve supplemental expert reports on issues for which party bears the burden of proof (if any) | November 14, 2024 | March 28, 2025 |
| Deadline to serve rebuttal expert reports | December 29, 2024 | May 23, 2025 |
| Expert discovery closes | January 28, 2025 | June 20, 2025 |
| Deadline for Defendants to file motion regarding ancillary restraint defense | February 27, 2025 | July 18, 2025 |
| Deadline for Plaintiffs to file response to motion regarding ancillary restraint defense and cross-motion regarding ancillary restraint defense, if any; and deadline for Plaintiffs to file renewed motion for class certification | April 13, 2025 | September 12, 2025 |
| Deadline for Defendants to file reply in support of their motion regarding ancillary restraint defense and response to Plaintiffs' cross-motion regarding ancillary restraint defense, if any; and deadline for Defendants to file response to Plaintiffs' renewed motion for class certification | May 28, 2025 | November 6, 2025 |
| Deadline for Plaintiffs to file reply in support of renewed motion for class certification; and reply in support of cross-motion regarding ancillary restraint defense, if any | June 18, 2025 | December 8, 2025 |

## VI. Disputes

The parties have no disputes at this time. Because there are no current disputes or pending issues before the Court—besides the adoption of a further scheduling order—the parties are unopposed to the cancellation of the December 19, 2024 status conference should the Court deem it unnecessary. If the Court proceeds with the December 19 status conference, both parties intend to appear telephonically with the Court's permission.

Dated: December 16, 2024

*/s/ Dean M. Harvey*
Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Tel: 415-956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com

Jessica A. Moldovan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212-355-9500
jmoldovan@lchb.com

Derek Y. Brandt (#6228895)
**BRANDT LAW LLC**
132 N. Kansas Street, P.O. Box 66
Edwardsville, Illinois 62025
Tel: 312-543-9198
derek@brandtlawllc.com

Richard D. McCune*
Michele M. Vercoski*
Connor P. Lemire*
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com
cpl@mccunewright.com

*Attorneys for Individual and Representative Plaintiffs Leinani Deslandes and Stephanie Turner*

* Admitted *pro hac vice*

*/s/ Rachel S. Brass*
**GIBSON, DUNN & CRUTCHER LLP**

Rachel S. Brass (admitted pro hac vice)
Caeli A. Higney (admitted pro hac vice)
Julian W. Kleinbrodt (admitted pro hac vice)
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
Facsimile: (415) 374-8458
Email: RBrass@gibsondunn.com

Matthew C. Parrott (admitted pro hac vice)
3161 Michelson Dr.
Irvine, CA 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: MParrott@gibsondunn.com

**A&G LAW LLC**

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
542 S. Dearborn St.; 10th Floor Chicago, IL 60605
Tel.: (312) 341-3900
Fax: (312) 341-0700

*Counsel for Defendants McDonald's USA, LLC and McDonald's Corporation*

-5-

## **CERTIFICATE OF SERVICE**

      I, Dean M. Harvey, an attorney, hereby certify that the parties' **Joint Status Report** was electronically filed on December 16, 2024 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

                                                                                                                /s/      Dean M. Harvey