**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated,<br><br>              Plaintiff<br><br>   v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>              Defendants. | Civil Case No. 17-cv-04857<br><br>Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman |
| STEPHANIE TURNER, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br>   v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>              Defendants. | Civil Case No. 19-cv-05524 |

**JOINT STATUS REPORT**

Pursuant to the Court's December 17, 2024 Minute Order, Dkt. 519, Plaintiffs Leinani Deslandes and Stephanie Turner ("Plaintiffs") and Defendants McDonald's USA, LLC and McDonald's Corporation ("McDonald's") respectfully submit this Joint Status Report in advance of the February 26, 2025 status conference.

## I.  Status of Discovery

McDonald's has completed its document productions. Third-parties Cornerstone OnDemand, Inc. and the franchisees Anna Oquin, Leonardo Lopez, Jr., and Courtney Goodwin have also completed their document productions.

Plaintiffs took the deposition of Nicole Tracy, Human Resources Partner, Global Impact, on January 22, 2025 and the deposition of John Richardson, in-house counsel for McDonald's who verified McDonald's Supplemental Interrogatory Responses, on January 24, 2025. Plaintiffs also deposed Mr. Richardson in his capacity as a corporate representative designated for the 30(b)(6) deposition on January 24, 2025.

Both Plaintiffs and McDonald's issued deposition subpoenas to the three franchisees whose declarations McDonald's produced in this matter. The deposition of Anna Oquin was taken on February 4, 2025. The deposition of Courtney Goodwin was taken on February 14, 2025. The deposition of Leonardo Lopez, Jr. was taken on February 19, 2025.

There are no further depositions scheduled, and the parties do not anticipate a need for any additional fact discovery at this time.

## II.  Discovery Schedule

The parties' jointly-proposed schedule for the remaining case deadlines is below. These dates are the same as proposed in the parties' Joint Status Report dated December 16, 2024, Dkt. 518.

| **Deadline** | **Previous Schedule** | **Parties' Proposal** |
|---|---|---|
| Deadline for Plaintiffs to file response to motion regarding ancillary restraint defense and cross-motion regarding ancillary restraint defense, if any; and deadline for Plaintiffs to file renewed motion for class certification | April 13, 2025 | September 12, 2025 |
| Deadline for Defendants to file reply in support of their motion regarding ancillary restraint defense and response to Plaintiffs' cross-motion regarding ancillary restraint defense, if any; and deadline for Defendants to file response to Plaintiffs' renewed motion for class certification | May 28, 2025 | November 6, 2025 |
| Deadline for Plaintiffs to file reply in support of renewed motion for class certification; and reply in support of cross-motion regarding ancillary restraint defense, if any | June 18, 2025 | December 8, 2025 |

### III.  Disputes

The parties have no disputes at this time. Because there are no current disputes or pending issues before the Court—besides the adoption of a further scheduling order—the parties are unopposed to the cancellation of the February 26, 2025 status conference should the Court deem it unnecessary.

Dated:  February 23, 2025

/s/ Dean M. Harvey_____
Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Tel: (415) 956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com

/s/ Rachel S. Brass_____
**GIBSON, DUNN & CRUTCHER LLP**

Rachel S. Brass (admitted pro hac vice)
Caeli A. Higney (admitted pro hac vice)
Julian W. Kleinbrodt (admitted pro hac vice)
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Tel.: (415) 393-8200
Facsimile: (415) 374-8458
RBrass@gibsondunn.com

Matthew C. Parrott (admitted pro hac vice)

Jessica A. Moldovan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (212) 355-9500
jmoldovan@lchb.com

Derek Y. Brandt (#6228895)
**BRANDT LAW LLC**
132 N. Kansas Street, P.O. Box 66
Edwardsville, Illinois 62025
Tel: (312) 543-9198
derek@brandtlawllc.com

Richard D. McCune*
Michele M. Vercoski*
Connor P. Lemire*
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com
cpl@mccunewright.com

*Attorneys for Individual and Representative Plaintiffs Leinani Deslandes and Stephanie Turner*

* Admitted *pro hac vice*

3161 Michelson Dr.
Irvine, CA 92612
Tel.: (949) 451-3800
Facsimile: (949) 451-4220
MParrott@gibsondunn.com

**ARONBERG GOLDGEHN DAVIS & GARMISA**

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
225 W. Washington St., #2800
Chicago, IL 60606
Tel.: (312) 755-3161

*Counsel for Defendants McDonald's USA, LLC and McDonald's Corporation*

## **CERTIFICATE OF SERVICE**

I, Dean M. Harvey, an attorney, hereby certify that the parties' **Joint Status Report** was electronically filed on February 23, 2025 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

                                                                                     */s/     Dean M. Harvey*