IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 17-cv-04857 |
| v. | ) ) | Judge Jorge L. Alonso |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) | |
| STEPHANIE TURNER, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-05524 |
| v. | ) ) | Judge Jorge L. Alonso |
| McDONALD'S USA, LLC, a Delaware limited liability company, and McDONALD'S CORPORATION, a Delaware corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION FOR REFERRAL OF DISCOVERY DISPUTE TO
<u>MAGISTRATE JUDGE M. DAVID WEISMAN</u>**

Plaintiffs, Leinani Deslandes and Stephanie Turner, and Defendants, McDonald's USA, LLC and McDonald's Corporation (collectively, the "Parties"), by their respective undersigned counsel, hereby jointly move this Court for referral of a discovery dispute to Magistrate Judge M. David Weisman, and in support of this motion state as follows:

1. This matter was previously referred to Magistrate Judge Weisman for the supervision of additional discovery. *See* Dkt. 491. That referral terminated on February 28, 2025, after fact

discovery closed. *See* Dkt. 536 ("All matters relating to the referral of this matter having been resolved, the case is returned to the District Court.").

2. The Parties are engaged in expert discovery, which is scheduled to close on June 20, 2025. The Parties currently have a dispute over expert discovery, specifically concerning the deposition of Plaintiffs' expert Dr. Peter Cappelli.

3. Given the discrete nature of the dispute, and Magistrate Judge Weisman's previous experience with this matter, the Parties respectfully request that their aforementioned discovery dispute be referred to Magistrate Judge M. David Weisman for resolution.

Dated: April 28, 2025

                                              **LEINANI DESLANDES and STEPHANIE TURNER**

                                              By:    /s/ Dean M. Harvey
                                                         Dean M. Harvey

                                            **McDONALD'S USA, LLC and McDONALD'S CORPORATION**

                                              By:    /s/ Rachel S. Brass
                                                         Rachel S. Brass

Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Tel: (415) 956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com

Jessica A. Moldovan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

2

250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212-355-9500
jmoldovan@lchb.com

Derek Y. Brandt (#6228895)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, California 90265
Tel: 213-788-4050
dbrandt@clarksonlawfirm.com

Richard D. McCune*
Michele M. Vercoski*
Connor P. Lemire*
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com
cpl@mccunewright.com

* Admitted *pro hac vice*

*Attorneys for Individual and Representative Plaintiffs Leinani Deslandes and Stephanie Turner*


**GIBSON DUNN & CRUTCHER LLP**

Rachel S. Brass (admitted pro hac vice)
Caeli A. Higney (admitted pro hac vice)
Julian W. Kleinbrodt (admitted pro hac vice)
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 374-8458
Email: RBrass@gibsondunn.com
     CHigney@gibsondunn.com
       JKleinbrodt@gibsondunn.com

**ARONBERG GOLDGEHN DAVIS & GARMISA**

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
225 W. Washington St., 28th Floor

Chicago, Illinois 60606
Tel.: (312) 751-3361

*Attorneys for Defendants McDonald's USA
LLC and McDonald's Corporation*

**CERTIFICATE OF SERVICE**

I, Rachel S. Brass, an attorney, hereby certify that the **JOINT MOTION FOR REFERRAL OF DISCOVERY DISPUTE TO MAGISTRATE JUDGE M. DAVID WEISMAN** was emailed to the registered parties of record on April 28, 2025.

      /s/ Rachel S. Brass
      Rachel S. Brass