# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated, | Civil Case No. 17-cv-04857 |
| Plaintiff | Judge Jorge L. Alonso |
| v. | |
| McDONALD'S USA, LLC, *et al.* | |
| Defendants. | |
| STEPHANIE TURNER, on behalf of herself and all others similarly situated, | Civil Case No. 19-cv-05524 |
| Plaintiff, | |
| v. | |
| MCDONALD'S USA, LLC, *et al.* | |
| Defendants. | |

**STATEMENT OF PETER CAPPELLI**

STATEMENT OF PETER CAPPELLI

1. I prepared expert reports in this matter, filed on January 15, 2021 at ECF No. 273, and on May 14, 2021 at ECF No. 329. My qualifications are set forth in those reports. I was compensated for my work on this matter at my standard hourly rate. My compensation in this matter is not in any way contingent on the outcome of this or any other matter, nor based upon the content of my opinions.

2. I stand by my opinions in the aforementioned prior reports.

Dated: March 27, 2025

_____
Peter Cappelli