# EXHIBIT 2

| | |
|---|---|
| **From:** | Moldovan, Jessica A. |
| **To:** | Brass, Rachel S.; Higney, Caeli A.; Kleinbrodt, Julian W.; Manasse-Boetani, Julian |
| **Cc:** | Harvey, Dean; Shaver, Anne B.; "Derek Y. Brandt"; Elmasry, Danna Z.; Troxel, Brian |
| **Subject:** | Deslandes/Turner v. McDonald"s USA, LLC, 17-cv-4857 - Expert Reports |
| **Date:** | Friday, March 28, 2025 9:04:05 PM |
| **Attachments:** | 2025.03.27_Peter Cappelli Statement.pdf |
| | 2025.03.28_Singer Expert Report (3212588v1).PDF |

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

Pursuant to Federal Rule of Civil Procedure 26 and ECF No. 519, please see attached for service the Third Expert Report of Hal J. Singer, Ph.D., and a Statement of Peter Cappelli. Please note that that the report and its accompanying appendices have been designated CONFIDENTIAL pursuant to the Confidentiality Order entered in this case on October 22, 2018. *See* ECF No. 519.

Best,
Jess



**Jessica A. Moldovan**
Partner
jmoldovan@lchb.com
t 212.355.9500
f 212.355.9592
Pronouns: she/her/hers
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.