IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>Defendants. | Civil Case No. 17-cv-04857<br><br>Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman |
| STEPHANIE TURNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>Defendants. | Civil Case No. 19-cv-05524 |

**JOINT STATEMENT REGARDING DISCLOSURE OF DR. PETER CAPPELLI AS PLAINTIFFS' REBUTTAL EXPERT**

Plaintiffs Leinani Deslandes and Stephanie Turner ("Plaintiffs") and Defendants McDonald's USA, LLC and McDonald's Corporation ("McDonald's") respectfully submit this joint statement in response to the Court's May 6, 2025 Order requiring the parties to submit a joint status report indicating whether Dr. Peter Cappelli has been disclosed as a rebuttal expert. ECF No. 545. On May 23, 2025, Plaintiffs served Dr. Cappelli's rebuttal report on McDonald's. McDonald's intends to take Dr. Cappelli's deposition on June 17, 2025 in Philadelphia, PA.

-1-

Dated: May 23, 2025

/s/ Dean M. Harvey
Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Tel: 415-956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com

Jessica A. Moldovan*
Danna Z. Elmasry (*pro hac vice* application pending)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212-355-9500
jmoldovan@lchb.com
delmasry@lchb.com

Derek Y. Brandt (#6228895)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Hwy
Malibu, CA 90265
Tel: 312-543-9198
dbrandt@clarksonlawfirm.com

Richard D. McCune*
Michele M. Vercoski*
Connor P. Lemire*
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com
cpl@mccunewright.com

/s/ Rachel S. Brass
**GIBSON, DUNN & CRUTCHER LLP**

Rachel S. Brass (admitted pro hac vice)
Caeli A. Higney (admitted pro hac vice)
Julian W. Kleinbrodt (admitted pro hac vice)
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
Facsimile: (415) 374-8458
Email: RBrass@gibsondunn.com

Matthew C. Parrott (admitted pro hac vice)
3161 Michelson Dr.
Irvine, CA 92612
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: MParrott@gibsondunn.com

**A&G LAW LLC**

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
542 S. Dearborn St.; 10th Floor Chicago, IL 60605
Tel.: (312) 341-3900
Fax: (312) 341-0700

*Counsel for Defendants McDonald's USA, LLC and McDonald's Corporation*

*Attorneys for Individual and Representative Plaintiffs Leinani Deslandes and Stephanie Turner*

\* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Dean M. Harvey, an attorney, hereby certify that the parties' **Joint Statement Regarding Disclosure of Dr. Peter Cappelli as Plaintiffs' Rebuttal Expert** was electronically filed on May 23, 2025 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

*/s/     Dean M. Harvey*