# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Leinani Deslandes
                          Plaintiff,

v.                                            Case No.: 1:17−cv−04857
                                                            Honorable Jorge L. Alonso

McDonald's USA, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2025:

       MINUTE entry before the Honorable Jorge L. Alonso: The parties' Joint Motion for extension of the schedule for settlement mediation, expert discovery and ancillarity defense and class certification briefing [552] is granted. Motion hearing date of 7/1/25 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.