**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LEINANI DESLANDES, on behalf of herself and all others similarly situated,

Plaintiff,

v.

McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 17-cv-04857

Judge Jorge L. Alonso
Magistrate Judge M. David Weisman

****************************************

STEPHANIE TURNER, on behalf of herself and all others similarly situated,

Plaintiff,

v.

McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation,

Defendants.

Case No. 19-cv-05524

**JOINT STATUS REPORT REGARDING**
**PROPOSED SCHEDULE**

Pursuant to the Court's September 10, 2025 Order, Dkt. 562, Leinani Deslandes and Stephanie Turner ("Plaintiffs"), and McDonald's USA, LLC and McDonald's Corporation ("Defendants") respectfully submit this Joint Status Report Regarding Proposed Schedule.

1. On July 2, 2025, the parties submitted a Joint Status Report Regarding Expert Reply Report in which Plaintiffs sought leave to file a reply report by Dr. Hal Singer. Dkt. 556. On July 3, 2025, Judge Weisman held a hearing where the parties agreed that Plaintiffs' request should be

stayed pending the settlement conference. Dkt. 557. The Court subsequently entered an order staying the case, including expert discovery, pending the settlement conference. Dkt. 558.

2. Following the settlement conference, the Court lifted the stay, permitted Plaintiffs to file a reply report by Dr. Singer, and permitted McDonald's to file a sur-reply report by Dr. Kevin Murphy. Dkt. 562. The Court ordered the parties to prepare a proposed schedule. *Id.*

3. The parties met and conferred on September 19, 2025, and conferred further via email. The parties have agreed to the following schedule:

| **Event** | **Prior Schedule** | **Proposed Revised Schedule** |
|---|---|---|
| Deadline for Plaintiffs to serve reply report from Dr. Singer | | 10/24/2025 |
| Deadline for Defendants to serve any sur reply report from Dr. Murphy | | 12/8/2025 |
| Close of expert discovery | 10/10/2025 | 1/9/2026 |
| Deadline for Defendants to file their motion regarding the ancillarity restraint defense | 11/7/2025 | 1/28/2026 |
| Deadline for Plaintiffs to file consolidated response regarding ancillary restraint defense and a cross-motion regarding ancillary restraint defense (if any) | 1/13/2026 | 3/25/2026 |
| Deadline for Plaintiffs to file a renewed motion for class certification | 1/13/2026 | 3/25/2026 |
| Deadline for Defendants to file consolidated reply in support of their motion regarding ancillary restraint defense and response to cross motion regarding ancillary restraint defense (if any) | 3/10/2026 | 5/20/2026 |
| Deadline for Defendants to respond to any renewed motion for class certification | 3/10/2026 | 5/20/2026 |
| Deadline for parties to file any motion(s) to exclude expert opinions and testimony | 3/10/2026 | 5/20/2026 |

| | | |
|---|---|---|
| Deadline for parties to file oppositions to any motion(s) to exclude expert opinions and testimony | 4/9/2026 | 6/24/2026 |
| Deadline for Plaintiffs to file a reply in support of cross-motion regarding ancillary restraint defense (if any) | 4/9/2026 | 6/24/2026 |
| Deadline for Plaintiffs to file a reply in support of renewed motion for class certification | 4/9/2026 | 6/24/2026 |
| Deadline for parties to file replies in support of any motion(s) to exclude expert opinions and testimony | 4/30/2026 | 7/15/2026 |

Dated: September 24, 2025

Respectfully submitted,

**LEINANI DESLANDES and STEPHANIE TURNER**

By: /s/ *Dean M. Harvey*
Dean M. Harvey

**McDONALD'S USA, LLC and McDONALD'S CORPORATION**

By: /s/ *Rachel S. Brass*
Rachel S. Brass

Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Tel: (415) 956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com

Jessica A. Moldovan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013

Tel: 212-355-9500
jmoldovan@lchb.com

Derek Y. Brandt (#6228895)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, California 90265
Tel: 213-788-4050
dbrandt@clarksonlawfirm.com

Richard D. McCune*
Michele M. Vercoski*
Connor P. Lemire*
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com
cpl@mccunewright.com

* Admitted *pro hac vice*

*Attorneys for Individual and Representative Plaintiffs Leinani Deslandes and Stephanie Turner*

**GIBSON, DUNN & CRUTCHER LLP**

Rachel S. Brass (admitted pro hac vice)
Caeli A. Higney (admitted pro hac vice)
Julian W. Kleinbrodt (admitted pro hac vice)
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 374-8458
Email: RBrass@gibsondunn.com
CHigney@gibsondunn.com
JKleinbrodt@gibsondunn.com

John Matthew Butler (admitted pro hac vice)
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 887-3739
Email: MButler@gibsondunn.com

**Aronberg Goldgehn Davis & Garmisa**

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
225 W. Washington St., 28th Floor
Chicago, Illinois 60606
Tel.: (312) 751-3361

*Attorneys for Defendants McDonald's USA LLC and McDonald's Corporation*

**CERTIFICATE OF SERVICE**

I, Rachel S. Brass, an attorney, hereby certify that the foregoing **JOINT STATUS REPORT REGARDING PROPOSED SCHEDULE** was emailed to the registered parties of record on September 24, 2025.

/s/ *Rachel S. Brass*
Rachel S. Brass