**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 17-cv-04857 |
| v. | ) | Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

******************************************

| | | |
|---|---|---|
| STEPHANIE TURNER, on behalf of herself and all others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 19-cv-05524 |
| v. | ) | |
| McDONALD'S USA, LLC, a Delaware limited liability company, McDONALD'S CORPORATION, a Delaware corporation, | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT REGARDING**
**EXPERT DISCOVERY**

Pursuant to the Court's September 24 and October 15, 2025 Orders, Dkts. 565 & 570, Leinani Deslandes and Stephanie Turner ("Plaintiffs"), and McDonald's USA, LLC and McDonald's Corporation ("Defendants") respectfully submit this Joint Status Report Regarding Expert Discovery.

1. On September 10, 2025, Judge Weisman lifted the stay that was in place during settlement negotiations and ordered the parties to propose a case schedule. Dkt. 562. The parties submitted a proposed schedule on September 24. Dkt. 563. That same day, Judge Weisman conferred with Judge Alonso and adopted the proposed schedule. Dkt. 564.

2. On September 26, 2025, Judge Weisman entered the proposed amended case schedule. Dkt. 566. The new case schedule set an expert discovery cutoff of January 9, 2026. Dkt. 566 at 2.

3. The Parties proceeded with expert discovery. Plaintiffs served a reply report by Dr. Hal Singer on October 24, 2025. Plaintiffs deposed Dr. Justin McCrary on November 11, 2025. McDonald's deposed Dr. Peter Cappelli on November 19, 2025 and deposed Dr. Singer on December 1, 2025. On December 8, 2025, McDonald's served the surrebuttal report of Dr. Kevin Murphy. Plaintiffs are currently scheduled to depose Dr. Murphy on January 8 and 9, 2026.

4. On December 4, 2025, McDonald's advised Plaintiffs that Dr. Murphy became unexpectedly unavailable for a deposition on January 8 or 9.

5. The parties have conferred and agreed to reschedule the deposition of Dr. Murphy to January 13 and 14, 2026. For the sake of good order, the parties respectfully request that the Court extend the expert discovery cutoff to January 16, 2026 in light of Dr. Murphy's schedule. *See* Fed. R. Civ. P. 16(b)(4) (the Court may modify the case schedule "for good cause").

Dated: December 12, 2025

Respectfully submitted,

**LEINANI DESLANDES and STEPHANIE TURNER**

By: /s/ *Dean M. Harvey*
Dean M. Harvey

**McDONALD'S USA, LLC and McDONALD'S CORPORATION**

By: /s/*Rachel S. Brass*
Rachel S. Brass

Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Tel: (415) 956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com

Jessica A. Moldovan*
Danna Z. Elmasry*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212-355-9500
jmoldovan@lchb.com
delmasry@lchb.com

Derek Y. Brandt (#6228895)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, California 90265
Tel: 213-788-4050
dbrandt@clarksonlawfirm.com

Richard D. McCune*
Michele M. Vercoski*
Connor P. Lemire*
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com
cpl@mccunewright.com

* Admitted *pro hac vice*

*Attorneys for Individual and Representative Plaintiffs Leinani Deslandes and Stephanie Turner*

**GIBSON DUNN & CRUTCHER LLP**

Rachel S. Brass (admitted pro hac vice)
Caeli A. Higney (admitted pro hac vice)
Julian W. Kleinbrodt (admitted pro hac vice)
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 374-8458
Email: RBrass@gibsondunn.com
CHigney@gibsondunn.com
JKleinbrodt@gibsondunn.com

Matthew C. Parrott (admitted pro hac vice)
3161 Michelson Dr., Suite 1200
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
Email: MParrott@gibsondunn.com

John Matthew Butler (admitted pro hac vice)
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 887-3739
Email: MButler@gibsondunn.com

**Aronberg Goldgehn Davis & Garmisa**

Robert M. Andalman (Atty. No. 6209454)

Rachael Blackburn (Atty. No. 6277142)
225 W. Washington St., 28th Floor
Chicago, Illinois 60606
Tel.: (312) 751-3361

*Attorneys for Defendants McDonald's USA LLC and McDonald's Corporation*

## CERTIFICATE OF SERVICE

I, Dean M. Harvey, an attorney, hereby certify that the foregoing **JOINT STATUS REPORT REGARDING EXPERT DISCOVERY** was electronically filed on December 12, 2025 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

/s/ *Dean M. Harvey*
Dean M. Harvey