**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEINANI DESLANDES, on behalf of herself and all others similarly situated,<br><br>    Plaintiff<br><br> v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>    Defendants. | Civil Case No. 17-cv-04857<br><br>Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman |
| STEPHANIE TURNER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>McDONALD'S USA, LLC, *et al.*<br><br>    Defendants. | Civil Case No. 19-cv-05524 |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of Plaintiffs' actions.

Dated: December 24, 2025

/s/ Dean M. Harvey
Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Tel: (415) 956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com

Jessica A. Moldovan*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (212) 355-9500
jmoldovan@lchb.com

Derek Y. Brandt (#6228895)
**CLARKSON LAW FIRM, P.C.**
875 North Michigan Ave., 31st Floor
Chicago, Illinois 60611
312-300-6820
dbrandt@clarksonlawfirm.com

Richard D. McCune*
Michele M. Vercoski*
Connor P. Lemire*
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com
cpl@mccunewright.com

*Attorneys for Individual and Representative Plaintiffs Leinani Deslandes and Stephanie Turner*

\* Admitted *pro hac vice*

/s/ Rachel S. Brass
**GIBSON, DUNN & CRUTCHER LLP**

Rachel S. Brass (admitted pro hac vice)
Caeli A. Higney (admitted pro hac vice)
Julian W. Kleinbrodt (admitted pro hac vice)
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Tel.: (415) 393-8200
Facsimile: (415) 374-8458
RBrass@gibsondunn.com

Matthew C. Parrott (admitted pro hac vice)
3161 Michelson Dr.
Irvine, CA 92612
Tel.: (949) 451-3800
Facsimile: (949) 451-4220
MParrott@gibsondunn.com

**ARONBERG GOLDGEHN DAVIS & GARMISA**

Robert M. Andalman (Atty. No. 6209454)
Rachael Blackburn (Atty. No. 6277142)
225 W. Washington St., #2800
Chicago, IL 60606
Tel.: (312) 755-3161

*Counsel for Defendants McDonald's USA, LLC and McDonald's Corporation*